FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2022-1426
_____

JEFFERY KENON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Leon County.
Francis J. Allman, Judge.


April 24, 2024


PER CURIAM.

    Upon review pursuant to *Anders v. California*, 386 U.S. 738 (1967), we find no reversible error and affirm Appellant's judgment and sentence. However, we remand for correction of a scrivener's error. *See Ashley v. State*, 850 So. 2d 1265, 1268 n.3 (Fla. 2003) (defining a scrivener's error as a written clerical error that is not the result of a "judicial determination or error"). Appellant agreed to a sentence of ten years in prison (with a five-year minimum mandatory term) followed by three years of sex offender probation. The court imposed the sentence as agreed. The written amended sentence correctly imposes the agreed-to sentence but then also states: "The defendant is adjudicated a prison releasee reoffender and has been sentenced to serve 100 percent of the court-imposed

sentence in accordance with section 775.082(8)(B)." This language, if implemented, would require all ten years to be served day-for-day—contrary to the intention of the parties and the court. The written sentence should be corrected by deletion of the above-quoted language.

On remand, the lower tribunal shall correct this scrivener's error, consistent with this opinion. Appellant need not be present for this ministerial correction. *See Walton v. State*, 106 So. 3d 522, 529 (Fla. 1st DCA 2013) ("[A] defendant need not be present at resentencing if the error to be corrected is 'purely ministerial' or clerical, and involves no exercise of the court's discretion.").

AFFIRMED and REMANDED for correction of scrivener's error.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

---

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

---

Candice Kaye Brower, Regional Conflict Counsel, and Michael J. Titus, Assistant Conflict Counsel, Office of Criminal Conflict and Civil Regional Counsel, Region One, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.